IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
KENDALL LAMAR GARLAND,          :
          Plaintiff,            :
     v.                         :   Civil Action No. 04-130J
LT. HORTON,                     :
          Defendant             :
```

MEMORANDUM ORDER
================

Plaintiff's Rule 60 motion, docket no. 58, was referred to Magistrate Judge Keith A. Pesto for a Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 31, 2006, docket no. 60, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Plaintiff filed objections, docket no. 61, which I have reviewed de novo but reject.

After de novo review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this __8th__ day of September, 2006, it is

ORDERED that the plaintiff's motion, docket no. 58, is denied and plaintiff's motion, docket no. 56 is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

    Kendall Lamar Garland FB-6020
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698-1000

    Susan J. Forney, Esquire
    5th Floor Manor Complex
    564 Forbes Avenue
    Pittsburgh, PA 15219